ANNA GANGLOFF, Appellant, v. JOSEPH G. GANGLOFF, Respondent.— In an action for separation, plaintiff appeals from an order granting defendant's motion to vacate a separation decree entered October 27, 1948, on defendant's default in appearing at the hearing before the Official Referee. Order modified on the law and the facts by striking therefrom the provision granting defendant ten days to answer. As so modified, the order is affirmed, without costs. There is no necessity for giving defendant an opportunity to answer. It appears that he served his verified answer on June 11, 1948. Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

PHILIP GARBER, Respondent, v. SOPHIE SIEGEL, Appellant.— In an action for specific performance of a contract for the purchase of a business and its assets, judgment decreeing specific performance by appellant, as amended by order of July 30, 1948, and said amending order, modified upon the law by striking from the third ordering paragraph of the amending order, and from the last decretal paragraph of the judgment as amended by that order, the words "which sum shall be paid to the plaintiff if the judgment appealed from is affirmed, or the appeal dismissed". As so modified, the judgment and order appealed from are unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ. [194 Misc. 966.]